**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
       chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Henry Rojas,** Individually and on Behalf of All Others Similarly Situated;<br><br>Plaintiffs,<br><br>v.<br><br>**VMS Data, LLC**, an Arizona Limited Liability Company and **Gerald Andrew Gilby and Jane Doe Gilby**, a Married Couple;<br><br>Defendants. | No. 2:21-cv-00220-SMB<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby advises the Court that the parties have reached an agreement to resolve this matter for Plaintiff, Henry Rojas, individually. All claims and defenses for Plaintiff and Defendants in this matter have been resolved through settlement. The Parties will file a stipulation of dismissal within 30 days.

RESPECTFULLY SUBMITTED the 21st Day of July, 2021.

                                    BENDAU & BENDAU PLLC

                                    /s/ *Clifford P. Bendau, II*
                                    Clifford P. Bendau, II
                                    Christopher J. Bendau
                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st Day of July, 2021, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Clifford P. Bendau, II*