# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Henry Rojas, | No. CV-21-00220-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| VMS Data LLC, et al., | |
| Defendants. | |

The Court has been advised that this case has settled. (Doc. 18)

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 45 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated.

3. All pending motions are found to be moot.

4. The Clerk is directed to **terminate** this matter on **September 10, 2021** without further leave of Court.

Dated this 28th day of July, 2021.

Honorable Susan M. Brnovich
United States District Judge