1
2
3
4
5
6                IN THE UNITED STATES DISTRICT COURT
7                    FOR THE DISTRICT OF ARIZONA
8
9    Henry Rojas,                          No. CV-21-00220-PHX-SMB
10            Plaintiff,                    **ORDER**
11   v.
12   VMS Data LLC, et al.,
13            Defendants.
14
15        Pursuant to the Stipulation to Dismiss Case with Prejudice (Doc. 20) and good cause
16   appearing,
17        **IT IS HEREBY ORDERED** this case is dismissed with prejudice, each party to
18   bear its own attorneys' fees and costs except as outlined in the parties' settlement
19   agreement.   The Court shall retain jurisdiction to enforce the terms of the settlement
20   agreement.
21        Dated this 5th day of August, 2021.
22
23
24
25                            Honorable Susan M. Brnovich
                              United States District Judge
26
27
28